AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DEE ANN STRICKRATH,**

       **Plaintiff,**

                      **JUDGMENT IN A CIVIL CASE**

**vs.**

                      **CASE NO.  C2-06-1080**
**THE HARTFORD INSURANCE**     **JUDGE EDMUND A. SARGUS, JR.**
**CO., et al.**                       **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed March 28, 2008, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: March 28, 2008                           JAMES BONINI, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk